IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES PRIDE,

        Plaintiff,

   v.

CITY OF EAGLE RIVER, WISCONSIN,
JEFF HYSLOP, FRED INTERMUEHLE,
JOE LAUX, JERRY BURKET, GEORGE
MEADOWS, KIM SCHAFFER,
CAROL HENDRICK, DEB BROWN,
EAGLE RIVER LIGHT AND WATER,
LARRY PHIFER, LON BUSHEY,
PAT WEBER, EAGLE RIVER PUBLIC
WORKS DEPARTMENT, JOE
TOMLANOVICH, MIKE ADAMOVICH,
MIDSTATE ENGINEERING, SCOTT
MARTIN, BLACKHAWK ENGINEERING,
GREG HUZA;STEVE GARBOWICZ, JOHN
NIEBURH, JOE RATH and JERRI RADTKE,

        Defendants.

ORDER

13-cv-308-bbc

---

      Plaintiff Charles Pride has filed a document entitled "RE: District case no. 13 CV 308 and appeal no. 13-3388 Motion for Circuit Time enlargement for court cost fee payment." It appears from what he has submitted that he wants this court to correct what he calls the Circuit Clerk error in not docketing his motion for an enlargement of time in which to file his notice of appeal and depriving him of a judicial determination of his motion.

      Plaintiff has chosen the wrong court in which to seek correction of an alleged error

1

by the court of appeals. In the judicial hierarchy, a circuit court ranks above a district court. This means that the circuit court may correct a district court, but a district court cannot correct the court of appeals. This court has no jurisdiction to correct the error of which plaintiff is complaining.

ORDER

IT IS ORDERED that plaintiff Charles Pride's motion for "Circuit Time enlargment for court cost fee payment" is DENIED for lack of jurisdiction.

Entered this 11th day of March, 2015.

BY THE COURT:

/s/

BARBARA B.CRABB

District Judge